UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARK SANFORD** | **CIVIL ACTION NO. 11-0859** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **SHERIFF BOB BUCKLEY, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. 41(b) and Rule 41.3 of the United States District Court for the Western District of Louisiana.

**MONROE, LOUISIANA,** this 16th day of December, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE